| | **ZUCKER, GOLDBERG & ACKERMAN, LLC** | |
| --- | --- | --- |
| LEONARD B. ZUCKER | ATTORNEYS AT LAW | FOUNDED IN 1923 |
| MICHAEL S. ACKERMAN | | AS ZUCKER & GOLDBERG |
| JOEL ACKERMAN* | | |
| | | MAURICE J. ZUCKER (1918-1979) |
| FRANCES GAMBARDELLA | 200 SHEFFIELD STREET- SUITE 101 | LOUIS D. GOLDBERG (1923-1967) |
| BRIAN C. NICHOLAS ● | P.O. BOX 1024 | LEONARD H. GOLDBERG (1929-1979) |
| STEVEN D. KROL | MOUNTAINSIDE, NJ 07092-0024 | BENJAMIN WEISS (1949-1981) |
| CHRISTOPHER G. FORD | | |
| DENISE CARLON ‡ | | Pennsylvania Office: |
| CHRISTINE E. POTTER | TELEPHONE: 908-233-8500 | P.O. Box 650 |
| RYAN S. MALC | FACSIMILE: 908-233-1390 | Hershey, PA 17033 |
| JENEE K. CICCARELLI ‡ | E-MAIL: office@zuckergoldberg.com | |
| ASHLEIGH LEVY MARIN ¤ | **For payoff/ reinstatement figures** | |
| DOUGLAS J.McDONOUGH | **please send your request to: zuckergoldberg.com/pr** | |
| TIMOTHY J. ZIEGLER | | |
| STEPHANIE WOLCHOK | | *OF COUNSEL :* |
| ELIZABETH P. RIZZO | **REPLY TO NEW JERSEY ADDRESS** | |
| ROBERT D. BAILEY | | SCOTT A. DIETTERICK, ESQ. ☐ |
| JAIME R. ACKERMAN ●● | | KIMBERLY A. BONNER, ESQ. ☐ |
| OMAR SHANAWANI | | RALPH M. SALVIA, ESQ. ☐ |

\*   ALSO MEMBER OF NY, PA AND CA BAR
●●  ALSO MEMBER OF NY, PA AND ME BAR
●   ALSO MEMBER OF NY AND ME BAR                          ☐ MEMBER OF PA BAR ONLY
‡   ALSO MEMBER OF NY BAR
¤   ALSO MEMBER OF PA BAR

XCA 113587-1/sib                                                                                     December 19, 2011

<u>Via ECF and regular mail</u>

United States District Court
District of New Jersey
Honorable Joel A. Pisano
Clarkson S. Fisher Federal Building & U.S. Courthouse,
402 East State Street
Trenton, NJ 08608

                **Re:   O'Biso v. Aurroa Loan Services, LLC**
            **Case No.:   3:11-cv-06952-JAP**

Dear Judge Pisano:

    Our firm represents the Appellee, Aurora Loan Services, LLC.  I have spoken to Shmuel Klein, counsel for the Appellant, Sharon O'Biso, and we have been made aware of a case that is pending in the Third Circuit addressing the exact issue that the instant appeal raises before your Honor.

    If possible, both Mr. Klein and I, would like to schedule a telephone conference to discuss how your Honor would like to proceed with this matter.

    Thank you for your attention in this regard

                              Respectfully yours,
                        ZUCKER, GOLDBERG & ACKERMAN, LLC
                        By:      /s/ JOEL A. ACKERMAN
                             JOEL A. ACKERMAN

JAA/sib
encl.
cc: Shmuel  Klein, Debtor's counsel